# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

COREY PERKINS,                                                                          PLAINTIFF
ADC #112808

v.                                    No. 1:15CV00046-JLH-JTK

LINDELL COOPER                                                                          DEFENDANT

## ORDER

On June 1, 2015, Corey Perkins filed a motion to dismiss his complaint in this case, stating that he no longer wished to pursue damages from the defendant.  That motion is GRANTED. Document #21.  This action is hereby dismissed without prejudice.  The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 4th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE